IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIGUEL FLORES, | CIVIL ACTION NO. H-05-22 |
| v. | |
| MANCHESTER MANAGEMENT SERVICES, INC. D/B/A BOMBAY PALACE, AJOY BHATTACHARYA, ARUN BAKHSHI AND D. SHAH, | |

## FINAL JUDGMENT

Having granted Plaintiff's Motion for Default Judgment, it is ADJUDGED that Plaintiff Miguel Flores has judgment against Defendants Manchester Management Services, Inc. d/b/a Bombay Palace and D. Shah, jointly and severally, for:

(a) Unpaid overtime wages in the amount of $65,307.20;

(b) Liquidated damages in the amount of $65,307.20;

(c) Attorneys' fees in the amount of $8,840.55; and

(d) Costs in the amount of $1,162.23.

Post-judgment interest on the entire amount shall accrue at the rate of 5.02% per annum.

**This is a Final Judgment.**

Signed at Houston, Texas, on Sept. 22, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE