THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIGUEL FLORES,<br><br>*Plaintiff,*<br><br>v.<br><br>MANCHESTER MANAGEMENT SERVICES, INC. D/B/A BOMBAY PALACE, AJOY BHATTACHARYA, ARUN BAKHSHI AND D. SHAH,<br><br>*Defendants.* | CIVIL ACTION NO. H-05-22 |

## ORDER

The Court is advised there are no remaining claims in this case. Plaintiff's claims against Arun Bakhshi were dismissed without prejudice under Rule 41(a). Plaintiff's claims against Ajoy Bhattacharya were dismissed with prejudice. *See* Doc. 29. The Court granted a default judgment in favor of Plaintiff against Manchester Management Services, Inc d/b/a Bombay Palace and D. Shah. *See* Doc. 30.

Accordingly, it is ORDERED that this case is CLOSED.

SIGNED _January 4_, 2007, at Houston, Texas.

Ewing Werlein, Jr.
United States District Judge